# United States Bankruptcy Court
## For the Southern District of New York

In re **MK Network LLC**, *et al.*
Debtor(s)

Case No. **11-**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (CONSOLIDATED)

Following is the list of the debtors' creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Customer Link, Inc. c/o TCL Institute 104 Towerview Court Cary, NC 27513 | The Customer Link, Inc. c/o TCL Institute 104 Towerview Court Cary, NC 27513 | Promissory Note | | $3,539,178.08 |
| American Express PO Box 360001 Fort Lauderdale, FL 33336-0001 | American Express PO Box 360001 Fort Lauderdale, FL 33336-0001 | Trade Debt | | $178,576.09 |
| Genentech Inc. Independent Medical Education 1 DNA Way, MS 827A South San Francisco, CA 94080 | Genentech Inc. Independent Medical Education 1 DNA Way, MS 827A South San Francisco, CA 94080 | Trade Debt | | $85,000.00 |
| 2080 Realty, LLC c/o Nutmeg Management 3580 Main Street Hartford, CT 06120 | 2080 Realty, LLC c/o Nutmeg Management 3580 Main Street Hartford, CT 06120 | Rental Contract | | $48,250.00 |
| Bristol-Myers Squibb Company Attn: Avagail Morgan J3217 Route 206 & Province Line Road Princeton, NJ 08543 | Bristol-Myers Squibb Company Attn: Avagail Morgan J3217 Route 206 & Province Line Road Princeton, NJ 08543 | Trade Debt | | $42,086.11 |
| Raveling, Lyle 3389 Renaissance Park Place Cary, NC 27513 | Lyle Raveling 3389 Renaissance Park Place Cary, NC 27513 | Trade Debt | | $34,500.00 |
| American Society of Hypertension 148 Madison Avenue Fifth Floor New York, NY 10016 | American Society of Hypertension 148 Madison Avenue Fifth Floor New York, NY 10016 | Trade Debt | | $12,785.34 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Collaborative Clinic Communications<br>4 Edna Horn Drive<br>Stockton, NJ  08559 | Collaborative Clinic Communications<br>4 Edna Horn Drive<br>Stockton, NJ  08559 | Trade Debt | | $12,500.00 |
| Continental Airlines<br>Attn:  UATP Department<br>PO Box 0201970<br>Houston, TX   77216-1970 | Continental Airlines<br>Attn:  UATP Department<br>PO Box 0201970<br>Houston, TX   77216-1970 | Trade Debt | | $10,559.00 |
| RBC Banks<br>999 High House Road<br>Cary, NC  27513 | RBC Banks<br>999 High House Road<br>Cary, NC  27513 | Trade Debt | | $10,214.75 |
| Teva Neuroscience<br>Grant Management Department<br>901 East 104th Street South<br>Kansas City, MO  64131 | Teva Neuroscience<br>Grant Management Department<br>901 East 104th Street South<br>Kansas City, MO  64131 | Trade Debt | | $7,334.00 |
| Leopold, Michael<br>68 Bradhurst Avenue<br>Apt. PH-K<br>New York, NY 10039 | Leopold, Michael<br>68 Bradhurst Avenue<br>Apt. PH-K<br>New York, NY 10039 | Trade Debt | | $6,396.24 |
| Alexander HealthCare Group, LLC<br>8830 Eggert Drive<br>Bethesda, MD 20817 | Alexander HealthCare Group, LLC<br>8830 Eggert Drive<br>Bethesda, MD 20817 | Trade Debt | | $6,000.00 |
| Lisete, Andre<br>8021 Seminole Street<br>Philadelphia, PA  19118 | Lisete, Andre<br>8021 Seminole Street<br>Philadelphia, PA  19118 | Trade Debt | | $5,470.02 |
| Boyle, Patrick J.<br>13112 Sunset Canyon Drive NE<br>Albuquerque, NM 87111 | Boyle, Patrick J.<br>13112 Sunset Canyon Drive NE<br>Albuquerque, NM 87111 | Trade Debt | | $5,364.29 |
| Stolar, Mark W.<br>2800 N. Lakeshore Drive<br>#3101<br>Chicago, IL   60657 | Stolar, Mark W.<br>2800 N. Lakeshore Drive<br>#3101<br>Chicago, IL   60657 | Trade Debt | | $5,239.41 |
| FGMK, LLC<br>2801 Lakeside Drive<br>Third Floor<br>Bannockburn, IL  60015 | FGMK, LLC<br>2801 Lakeside Drive<br>Third Floor<br>Bannockburn, IL  60015 | Trade Debt | | $5,000.00 |
| Said R. Beydoun<br>4412 Gayle Drive<br>Tarzana, CA  91356 | Said R. Beydoun<br>4412 Gayle Drive<br>Tarzana, CA  91356 | Trade Debt | | $5,000.00 |
| TCG Legacy<br>191 Technology Drive<br>Garner, NC  27529 | TCG Legacy<br>191 Technology Drive<br>Garner, NC  27529 | Trade Debt | | $4,498.76 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky & Popec<br>PO Box 4539<br>Boston, MA  02212-4539 | Mintz, Levin, Cohn, Ferris, Glovsky & Popec<br>PO Box 4539<br>Boston, MA  02212-4539 | Trade Debt | | $4,402.90 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joseph Davis, Managing Partner of MK Network, LLC, *et al.* named as a debtor in these cases, declare under penalty of perjury that I have read the foregoing *List of Creditors Holding 20 Largest Unsecured Claims (Consolidated)* and that it is true and correct to the best of my information and belief.

Date  **February 28, 2011**        Signature  **/s/  Joseph Davis**
                                              **Joseph Davis**
                                              **Executive Chairman**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.